**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00094-CV**

_____

**IN RE WELLS FARGO BANK, N.A., BANK OF MONTREAL, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, THOMAS E. MCGRAW, AND TROY JEFFERSON**

**Original Proceeding**

**ORDER**

On February 28, 2014, Wells Fargo Bank, N.A., Bank Of Montreal, The Prudential Insurance Company Of America, Thomas E. Mcgraw, And Troy Jefferson filed a petition for writ of mandamus to compel the judge of the 58th District Court of Jefferson County, Texas to grant a continuance of the trial and permit additional discovery in trial court case number A-189,693. On March 7, 2014, the judge recused himself from further consideration of the case. We may abate a mandamus proceeding when a trial judge recuses after the mandamus

proceeding is filed. *See In re Blevins,* No. 12-0636, 2013 WL 5878910, at *2 (Tex. Nov. 1, 2013) (orig. proceeding).

This original proceeding is hereby abated for thirty days, to provide the relator with the opportunity to present this matter to the successor judge. *Id.*, *see also* Tex. R. App. P. 7.2(b). The supplemental mandamus record is due May 12, 2014. *See* Tex. R. App. P. 52.7(b). Our temporary order of March 3, 2014, remains in effect. *See* Tex. R. App. P. 52.10(b).

ORDER ENTERED April 10, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.